1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Stacy Monahan (Bar No. 218942)
2  50 California Street, 22nd Floor
   San Francisco, California 94111
3  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
4  Email:  stacymonahan@quinnemanuel.com

5    Steven G. Madison (Bar No. 101006)
     J.D. Horton (Bar No. 192836)
6  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
7  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
8  Email:  stevemadison@quinnemanuel.com
   Attorneys for Defendants
9  California Physicians' Service dba Blue Shield of California and Blue Shield of California
   Life & Health Insurance Company

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
   RICHARD B. FOX, M.D.,                )    Case No. C 07-2502 JCS
14                                       )
          Plaintiff.                     )    Hearing Date: June 15, 2007
15                                       )    Hearing Time:  9:30 a.m.
              v.                         )    Ctrm:  A--15th Floor
16                                       )    Magistrate Judge:  Hon. Joseph C.
   BLUE SHIELD OF CALIFORNIA LIFE &      )    Spero
17 HEALTH INSURANCE COMPANY,             )
   DEVIN GOOD, SHEILA SABATINO, and      )    [PROPOSED] ORDER GRANTING
18 REYNALDO CASTILLO,                    )    BLUE SHIELD DEFENDANTS'
                                         )    MOTION TO DISMISS COMPLAINT
19        Defendants.                    )
                                         )    Filing Date:  May 9, 2007
20                                       )    Trial Date:    None Set
                                         )
21

22

23

24

25

26

27

28

1    This matter coming before the Court on the Motion to Dismiss Complaint

2  ("Motion to Dismiss") of defendants California Physicians' Service dba Blue Shield of

3  California ("Blue Shield") and Blue Shield Health and Life Insurance ("Blue Shield Life")

4  pursuant to *Fed. Rule Civ. Proc.* 12(b)(6), for entry of an Order dismissing plaintiff's claim

5  against defendants Blue Shield and Blue Shield Life for aiding and abetting breach of *Cal.*

6  *Penal Code* §§ 484(a) and 550(a)(6), violation of *Cal. Bus. & Prof. Code* §§ 17000 *et seq.*,

7  and for unjust enrichment, the Court having considered the filings of the parties related

8  thereto and being otherwise fully informed in the premises, hereby:

9    GRANTS Blue Shield's and Blue Shield Life's Motion to Dismiss on the

10  following grounds:

11    1.    Plaintiff fails to allege facts sufficient to state a claim against Blue

12  Shield and Blue Shield Life for aiding and abetting a breach of *Cal. Penal Code* §§ 484(a);

13    2.    Plaintiff fails to allege facts sufficient to state a claim against Blue

14  Shield and Blue Shield Life for aiding and abetting a breach of *Cal. Penal Code* §§

15  550(a)(6);

16    3.    Plaintiff fails to allege facts sufficient to state a claim against Blue

17  Shield and Blue Shield Life for aiding and abetting a breach of *Cal. Bus. & Prof. Code* §§

18  17000 *et seq.*; and

19    4.    Plaintiff's claim for unjust enrichment is preempted because it

20  interferes with the comprehensive enforcement scheme of the Employee Retirement

21  Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132.

22

23  IT IS SO ORDERED:

24  DATED: May ___, 2007

25

26    _____

27    Hon. JOSEPH C. SPERO
      United States Magistrate Judge

28