QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: stacymonahan@quinnemanuel.com

  Steven G. Madison (Bar No. 101006)
  J.D. Horton (Bar No. 192836)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stevemadison@quinnemanuel.com

Attorneys for Defendants
California Physicians' Service dba Blue Shield
of California and Blue Shield of California Life
& Health Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., <br><br> Plaintiff. <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, DEVIN GOOD, SHEILA SABATINO, and REYNALDO CASTILLO, <br><br> Defendants. | CASE NO. CV 07-2502 <br><br> DECLARATION OF STACY MONAHAN IN SUPPORT OF BLUE SHIELD DEFENDANTS' MOTION TO DISMISS <br><br> Hearing Date: June 15, 2007 <br> Hearing Time: 9:30 a.m. <br> Ctrm: A--15th Floor <br><br> Magistrate Judge: Hon. Joseph C. Spero <br><br> Filing Date: May 9, 2007 <br> Trial Date: None Set |

## DECLARATION OF STACY MONAHAN

I, Stacy Monahan, declare as follows:

1. I am a member of the bar of the State of California and an with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for defendants California Physicians' Service dba Blue Shield of California and Blue Shield of California Life & Health Insurance Company (collectively, "Blue Shield"). I am admitted to practice before the United States District Court for the Northern District of California. I make this declaration in support of the Blue Shield Defendants' Motion to Dismiss ("Motion to Dismiss"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's Verified Complaint filed in the California Superior Court, County of San Francisco.

3. Attached hereto as Exhibit B is a true and correct copy of Blue Shield's Notice of Removal filed with this Court on May 9, 2007. The portions of this document that were originally filed under seal are already on file with this Court and have not been resubmitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2007, at San Francisco, California.

/s/ Stacy Monahan
Stacy Monahan