QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: stacymonahan@quinnemanuel.com

  Steven G. Madison (Bar No. 101006)
  J.D. Horton (Bar No. 192836)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stevemadison@quinnemanuel.com

Attorneys for Defendants
California Physicians' Service dba Blue Shield
of California and Blue Shield of California
Life & Health Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., <br><br> Plaintiff, <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, DEVIN GOOD, SHEILA SABATINO, and REYNALDO CASTILLO, <br><br> Defendants. | CASE NO. CV 07-02502 <br><br> BLUE SHIELD DEFENDANTS' AMENDED NOTICE OF MOTION RE MOTION TO DISMISS COMPLAINT <br><br> Hearing Date: June 22, 2007 <br> Hearing Time: 9:30 a.m. <br> Ctrm: A--15th Floor <br> Magistrate Judge: Hon. Joseph C. Spero <br><br> Filing Date: May 9, 2007 <br><br> Trial Date: None Set |

1 TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that the motion of defendant California
3 Physicians' Service dba Blue Shield of California ("Blue Shield") and Blue Shield
4 Life and Health Insurance ("Blue Shield Life") to dismiss the Complaint filed by
5 plaintiff Richard B. Fox, M.D. ("Plaintiff") in its entirety pursuant to *Fed. R. Civ. P.*
6 12(b)(6), shall be heard on June 22, 2007, at 9:30 a.m., or as soon thereafter as the
7 matter may be heard, in Courtroom A, 15th Floor, of the United States District
8 Court for the Northern District of California, located at 450 Golden Gate Avenue,
9 San Francisco, California. The hearing date had previously been inadvertently
10 noticed by Blue Shield for June 15, 2007, at 9:30 a.m.

11          This motion is made on the following grounds:

12          Plaintiff's claim under *Cal. Penal Code* § 484(a) fails because no civil
13          cause of exists under this statute and, even if one did, plaintiff fails to
14          plead that Blue Shield/Blue Shield Life "aided and abetted" any
15          violation.

16          Plaintiff's claim under *Cal. Penal Code* § 550(a)(6) fails because no
17          civil cause of exists under this statute and, even if one did, plaintiff fails
18          to plead that Blue Shield/Blue Shield Life "aided and abetted" any
19          violation.

20          Plaintiff's claim under *Cal. Bus. & Prof. Code* §§ 17000 *et seq.* fails
21          because fails to allege facts sufficient to establish liability under this
22          statute.

23          Plaintiff's unjust enrichment claim is preempted by ERISA.

24          This motion is based on this Notice of Motion, the Motion including
25 the Memorandum of Points and Authorities in support thereof filed on May 16,
26 2007, the filed Declaration of Stacy Monahan also filed on May 16, 2007, all
27 matters of which the Court may take judicial notice, the pleadings and other papers
28

on file in this action and such further evidence and argument as may be presented at or before the hearing on this motion.

DATED: May 17, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Stacy Monahan
Stacy Monahan
Attorneys for California Physicians' Service dba Blue Shield of California and Blue Shield Life and Health Insurance