QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: stacymonahan@quinnemanuel.com

  Steven G. Madison (Bar No. 101006)
  J.D. Horton (Bar No. 192836)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stevemadison@quinnemanuel.com

Attorneys for Defendants
California Physicians' Service dba Blue Shield
of California and Blue Shield of California
Life & Health Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | CASE NO. CV 07-2502 |
| Plaintiff. | |
| v. | **PROOF OF SERVICE** |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, DEVIN GOOD, SHEILA SABATINO, and REYNALDO CASTILLO, | |
| Defendants. | |

## PROOF OF SERVICE

I am employed at Quinn Emanuel Urquhart Oliver & Hedges, LLP in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On May 17, 2007, I served true copies of the following document(s) described as on the parties in this action as follows:

**BLUE SHIELD DEFENDANTS' AMENDED NOTICE OF MOTION RE MOTION TO DISMISS COMPLAINT**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 17, 2007, at San Francisco, California.

*/s/ Monita Jones*
Monita Jones

**SERVICE LIST**

Richard B. Fox, M.D.
Plaintiff, *Pro Se*
P.O. Box 1876
Los Gatos, CA 95031-1876

Devin Good
14391 Quito Road
Saratoga, CA 95070-5626

Blue Shield Life & Health Insurance Company
50 Beale Street
San Francisco, CA 94105-1813