QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: stacymonahan@quinnemanuel.com

  Steven G. Madison (Bar No. 101006)
  J.D. Horton (Bar No. 192836)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stevemadison@quinnemanuel.com

Attorneys for Defendants
California Physicians' Service dba Blue Shield of
California and Blue Shield of California Life & Health
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, DEVIN GOOD, SHEILA SABATINO, and REYNALDO CASTILLO,<br><br>Defendants. | CASE NO. CV 07-2502<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed at Quinn Emanuel Urquhart Oliver & Hedges, LLP in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On May 23, 2007, I served true copies of the following document(s) described as  on the parties in this action as follows:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2007, at San Francisco, California.

_____
Monita Jones

**SERVICE LIST**

Richard B. Fox, M.D.
Plaintiff, *Pro Se*
P.O. Box 1876
Los Gatos, CA 95031-1876

Blue Shield Life &
   Health Insurance Company
50 Beale Street
San Francisco, CA 94105-1813

Devin Good
14391 Quito Road
Saratoga, CA 95070-5626

Sheila Sabatino
1041 Foxchase Drive, #58
San Jose, CA 95123-1109