UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B FOX,

        Plaintiff,

v.

BLUE SHIELD OF CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV07-02502 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard B. Fox
P.O. Box 1876
Los Gatos, CA 95031-1876

Dated: May 24, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk