**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA, et al.,<br><br>    Defendant(s).<br>_____/ | No. C 07-2502 MJJ<br><br>**CLERK'S NOTICE**<br>**(Setting Case Management**<br>**Conference in Reassigned case)** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Case Management Conference in this case, previously set for August 17, 2007 at 1:30 p.m. before U.S. Magistrate Judge Joseph C. Spero, is VACATED and RESET to be heard before the Hon. U.S. District Judge Martin J. Jenkins on **Tuesday, August 21, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco**. Please report to Courtroom 11 at the scheduled date and time.  A Joint or Separate Case Management Statement, as required under Local Rule 16-9 , shall be provided to the Court no later than August 14, 2007.** [1]

---

[1] 16-9. Case Management Statement and Proposed Order.

(a) Joint or Separate Case Management Statement. Unless otherwise ordered, no later than the date specified in FRCivP 26(f), counsel must file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, which can be found on the Court's website located at http://www.cand.uscourts.gov. If one or more of the parties is not represented by counsel, the parties may file separate case management statements. If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement. Separate statements must also address all of the topics set forth in the Standing Order referenced above.

**United States District Court**<br>For the Northern District of California

1
2   Dated:   May 29, 2007                               FOR THE COURT,
3                                                       Richard W. Wieking, Clerk
4                                                       By:_____
5                                                          Edward Butler
                                                           Courtroom Deputy
6
7   Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional
    information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does
8   not change the date on which an opposition brief or reply brief is due; any opposition brief remains
    due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is
9   due not less than 14 days prior to the *originally noticed* hearing date.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28