**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, | No. C 07-2502 MJJ |
| Plaintiff(s), | |
| v. | |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,  et al., | **CLERK'S NOTICE RESETTING MOTIONS HEARINGS IN REASSIGNED CASE** |
| Defendant(s). | |
| _____/ | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the hearings re: Defendants' Motion to Dismiss, and Plaintiff's Motion to Remand are RESET for **Tuesday, July 24, 2007, at 9:30 a.m.,** in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins.

Dated:   June 4, 2007                              FOR THE COURT,

                                                                    Richard W. Wieking, Clerk

                                                                    By:_____
                                                                          Edward Butler
                                                                          Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.