UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B FOX,

        Plaintiff,

v.

BLUE SHIELD OF CALIFORNIA et al,

        Defendant.

Case Number: CV07-02502 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joey Dean Horton
Stacy Marie Monahan
Steven Geoffrey Madison
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Richard B. Fox
P.O. Box 1876
Los Gatos, CA 95031-1876

Dated: June 4, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk