QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: stacymonahan@quinnemanuel.com

  Steven G. Madison (Bar No. 101006)
  J.D. Horton (Bar No. 192836)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stevemadison@quinnemanuel.com

Attorneys for Defendants
California Physicians' Service dba Blue Shield of California and Blue Shield of California Life & Health Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., <br><br> Plaintiff. <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, DEVIN GOOD, SHEILA SABATINO, and REYNALDO CASTILLO, <br><br> Defendants. | Case No. C 07-2502 JCS <br><br> Hearing Date: July 24, 2007 <br> Hearing Time: 9:30 a.m. <br> Ctrm: 11--19th Floor <br> Judge: Hon. Martin J. Jenkins <br><br> BLUE SHIELD DEFENDANTS STATEMENT OF NON-OPPOSITION RE MOTION TO REMAND; and CONSENT TO REMAND <br><br> Filing Date: May 9, 2007 <br> Trial Date: None Set |

On May 24, 2007, plaintiff Richard B. Fox, M.D. ("Fox") filed a motion to remand this action to state court. Defendants Blue Shield of California Life and Health Insurance Company and California Physicians' Service dba Blue Shield of California (collectively, "Blue Shield") hereby consent to said remand.

Blue Shield has made a diligent effort to acquire the plan documents for defendant Castillo, a member of a group plan, Maxim Healthcare Services, an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act

1  of 1974 ("ERISA"), 29 U.S.C. § 1002(1), underwritten and/or administered by CareFirst
2  Blue Cross Blue Shield of Maryland. Said plan documents form the basis of this Court's
3  jurisdiction. Because Blue Shield cannot locate said documents, it cannot demonstrate this
4  Court's jurisdiction. It therefore consents to the remand of this action

7  DATED: June 8, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Steven G. Madison
J.D. Horton
Stacy Monahan
Attorneys for Defendants
California Physicians' Service
dba Blue Shield of California and Blue Shield of California Life & Health Insurance Company