1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Stacy Monahan (Bar No. 218942)
2  50 California Street, 22nd Floor
   San Francisco, California 94111
3  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
4  Email: stacymonahan@quinnemanuel.com

5    Steven G. Madison (Bar No. 101006)
     J.D. Horton (Bar No. 192836)
6  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
7  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
8  Email: stevemadison@quinnemanuel.com

9  Attorneys for Defendants
   California Physicians' Service dba Blue Shield of
10 California and Blue Shield of California Life & Health
   Insurance Company

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15
   RICHARD B. FOX, M.D.,                    CASE NO. CV 07-2502
16
              Plaintiff.
17                                          **PROOF OF SERVICE**
          v.
18
   BLUE SHIELD OF CALIFORNIA LIFE &
19 HEALTH INSURANCE COMPANY, DEVIN
   GOOD, SHEILA SABATINO, and
20 REYNALDO CASTILLO,

21            Defendants.

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed at Quinn Emanuel Urquhart Oliver & Hedges, LLP in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles California 90017.

On June 8, 2007, I served true copies of the following document(s) described as on the parties in this action as follows:

1.    BLUE SHIELD DEFENDANTS STATEMENT OF NON-OPPOSITION RE MOTION TO REMAND; AND CONSENT TO REMAND

2.    BLUE SHIELD DEFENDANTS' REPLY RE MOTION TO DISMISS

on the parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2007, at Los Angeles, California.

Kelly Velazquez

20469/2127031.1

-2-

PROOF OF SERVICE

1

**SERVICE LIST**

2 Richard B. Fox, M.D.
Plaintiff, *Pro Se*
3 P.O. Box 1876
Los Gatos, CA 95031-1876

4

5 Blue Shield Life &
    Health Insurance Company
6 50 Beale Street
San Francisco, CA 94105-1813

Devin Good
14391 Quito Road
Saratoga, CA 95070-5626

Sheila Sabatino
1041 Foxchase Drive, #58
San Jose, CA 95123-1109

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28