**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD B FOX,                                    No. C07-02502 MJJ

12              Plaintiff,                              **ORDER GRANTING PLAINTIFF'S**
                                                       **MOTION FOR REMAND**
13      v.

14   BLUE SHIELD OF CALIFORNIA,

15              Defendant.
     _____/

16

17         Before the Court is Plaintiff Richard B. Fox, M.D.'s ("Plaintiff") Motion for Remand to State

18   Court.[1]  Defendant Blue Shield of California Life & Health Insurance Company ("Blue Shield") has

19   filed a Statement of Non-Opposition to Plaintiff's Motion.[2]  The Court has not received a submission

20   from individual Defendant Devin Good.

21         Blue Shield's Notice of Removal relies on 29 U.S.C. § 1132(e)(1), which grants exclusive

22   jurisdiction to the district courts of the United States in certain ERISA matters.  (Notice of Removal,

23   ¶ 8)  Blue Shield has been unable to locate documents supporting their notice of removal, and now

24   consents to remand.  (Statement of Non-Opposition, ¶ 1.)  Because the Court has nothing before it to

25   support jurisdiction under 29 U.S.C. § 1132(e)(1), Plaintiff's Motion for Remand is **GRANTED**.

26         The Court **REMANDS** this matter to state court.

27

28
     _____

          [1]Docket No. 21.

          [2]Docket No. 25.

1    As this Court lacks jurisdiction to consider Defendant's Motion to Dismiss,[3] the Court

2  **STRIKES AS MOOT** Defendant's Motion.

3

4  **IT IS SO ORDERED.**

5

6

7  Dated: June  23 , 2007

8                                                    MARTIN J. JENKINS
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[3]Docket No. 7.

**United States District Court**
For the Northern District of California