UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B FOX,<br><br>        Plaintiff,<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA et al,<br><br>        Defendant. | Case Number: CV07-02502 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>**ON NON E-FILING PARTY** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard B. Fox
P.O. Box 1876
Los Gatos, CA 95031-1876

Dated: July 5, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk