**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 6, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-02502 MJJ    RICHARD B FOX-v-BLUE SHIELD OF CALIFORNIA
         Your Case Number: (CGC 07-461464)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔)    Certified copies of docket entries
- (✔)    Certified copies of Remand Order
- ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Sheila Rash*

by:  Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg